STEPHEN S. KENT, ESQ.
Nevada Bar No. 1251
KENT LAW PLLC
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
775/324-9800
ATTORNEYS FOR DEFENDANT
U.S. SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TUMBLEWEED CORP., INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C & F AVIATION, INC., an Oklahoma corporation; U.S. SPECIALTY INSURANCE COMPANY, a Texas insurance corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>And related counterclaims | 3:07-cv-00126-RCJ-VPC<br><br>**JUDGMENT** |

On January 6, 2010, this Court issued its order granting defendant US Speciality Insurance Company, CTC\LAD, Michael Littrell and Aviation Markets' Motion for Summary Judgment dismissing all of Robert Brown, Sr.'s claims against these Defendants. See Document No. 111.

Judgment is therefore entered against Robert Brown, Sr. in favor of US Speciality Insurance Company, Charles Taylor Aviation\LAD and Aviation Markets.

DATED this 28 day of June, 2010.

_____
U.S. DISTRICT JUDGE